■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE FLEETWOOD, Appellant. [37 NYS3d 875]—Order, Supreme Court, Bronx County (Raymond L. Bruce, J.) entered on or about June 24, 2015, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in granting an upward departure based on defendant's egregious criminal history, which was not adequately accounted for in the risk assessment instrument, and which evinced a threat to public safety that outweighed the mitigating factors cited by defendant (see generally People v Gillotti, 23 NY3d 841, 861 [2014]).

We have considered and rejected defendant's remaining arguments. Concur—Friedman, J.P., Andrias, Richter, Gische and Kahn, JJ.